1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| Arthur Gutierrez, | ) | 1:06-CV-1182 OWW DLB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 20, 2006 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: April 6, 2007          /s/ Gina Fazio

                              GINA FAZIO, ESQ.
                              Attorney for Plaintiff

Dated:
                              MCGREGOR SCOTT
                              United States Attorney

                              By: /s/ Shea Lita Bond
                              (as authorized via facsimile)
                              SHEA LITA BOND
                              Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 24, 2007**               **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE